**Opinion issued April 3, 2014**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-13-00699-CV**

————————————

**UMAWA IMO, Appellant**

**V.**

**PRINCE UCHECHI NWAKANMA AND PRINCE & ASSOCIATES, P.C.,**
**Appellees**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-32324**

---

**MEMORANDUM OPINION**

Appellant, Umawa Imo, has filed an agreed motion to dismiss. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued. More than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.2(a), 43.2(f).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.